```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08073
   CHARLES J. MINAUSKAS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-6374


-------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/03/07 .

     2.  The case was dismissed without confirmation, 08/03/2007.

     3.  The Debtor paid a total of $   1538.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ALLIANCEONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PORTFOLIO CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST DENTAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| H&R BLOCK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| NELSON WATSON & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST PREMIUM SERVIC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RANDALL INDUSTRIES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COUNSEL INC | UNSECURED | NOT FILED | .00 | .00 |
| TRESSLER SODERSTROM MALO | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RMS | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |

```
AMERICREDIT FINANCIAL      UNSECURED            .00                .00             .00
        Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00          .00          .00
PRINCIPAL PAID           .00           .00          .00          .00          .00
INTEREST PAID            .00           .00          .00          .00          .00
TOTAL PAID               .00           .00          .00          .00          .00
```

The Debtor's attorney, ROBERT V SCHALLER          , was allowed $    3500.00
and was paid $    1506.00   direct and $    1498.01   through the plan.

The Trustee received $       39.99 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
             CASE NO. 07 B 08073 CHARLES J. MINAUSKAS